Linda J. Larkin, OSB No. 792954
larkinl@bennetthartman.com
Talia Y. Guerriero, OSB No. 115271
stoesselt@bennetthartman.com
BENNETT, HARTMAN, MORRIS & KAPLAN, LLP
210 S.W. Morrison Street, Suite 500
Portland, Oregon 97204-3149
Telephone: (503) 227-4600
Facsimile: (503) 248-6800

    Of Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JAMES ANDERSON, ROBERT CRANE, DARREN GLEBE, NATHAN STOKES, DAVID ALEXANDER, JOHN ANDERSON, JAMES M. WRIGHT, and KYLE IZATT, Trustees for the AGC-INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 701 PENSION, HEALTH AND WELFARE, AND TRAINING TRUST FUNDS,<br><br>    Plaintiffs,<br><br>vs.<br><br>ROSS ISLAND SAND & GRAVEL CO., an Oregon corporation, | Case No. 3:18-cv-01461-AC<br><br>GENERAL JUDGMENT BY DEFAULT |

    Defendant accepted service herein and failed to appear and answer the Plaintiffs' Complaint filed herein. An Order of Default was signed on October 5, 2018 and entered against Defendant on October 10, 2018.

GENERAL JUDGMENT BY DEFAULT                                  PAGE 1 of 3

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED, that Plaintiffs recover from Defendant:

1) Under its First Claim for relief, the total of $41,056.18 consisting of the sums due for fringe benefit contributions for health and welfare and pension for the exclusive period of June and July 2018 (after any partial payments are applied) in the amount of $35,679.43, liquidated damages of $4,415.33, and interest that is calculated through October 20, 2018 to be in the sum of $961.42; and

2) Plaintiffs' attorney fees and costs to be determined pursuant to Fed. R. Civ. P. 54(d).

## MONEY AWARD

| | | |
|---|---|---|
| a. | Judgment Creditor: | JAMES ANDERSON, ROBERT CRANE, DARREN GLEBE, NATHAN STOKES, DAVID ALEXANDER, JOHN ANDERSON, JAMES M. WRIGHT, and KYLE IZATT, Trustees for the AGC-INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 701 PENSION, HEALTH AND WELFARE, AND TRAINING TRUST FUNDS, c/o Talia Y. Stoessel, Attorney, 210 SW Morrison Street, Suite 500, Portland, OR 97204-3149 |
| b. | Attorney for Judgment Creditor: | Linda J. Larkin<br>503-227-4600<br>210 SW Morrison Street, Suite 500<br>Portland, OR 97204-3149 |
| c. | Judgment Debtor: | ROSS ISLAND SAND & GRAVEL CO.<br>c/o Ankur Doshi, Registered Agent<br>RB Pamplin Corporation<br>6605 SE Lake Rd<br>PO Box 22109<br>Portland, OR 97222 |
| | DOB: | N/A |
| | EIN: | 93-0268930 |
| | ODL: | N/A |

| | | |
|---|---|---|
| d. | Attorney for Judgment Debtor: | Ankur Doshi<br>RB Pamplin Corporation<br>6605 SE Lake Rd<br>PO Box 22109<br>Portland OR  97222 |
| e. | Person or Public Body Entitled to Portion of payment made on Judgment: | None. |
| f. | Amount of Money Award: | $41,056.18 |
| g. | Pre-Judgment Attorney fees: | Pursuant to FRCP 54 |
| h. | Costs Award: | Pursuant to FRCP 54 |
| i. | Pre-judgment Interest: | Interest on the amount of contributions due of $35,679.43 at the rate of 12% per annum from September 20, 2018 until paid |
| j. | Post-Judgment Interest: | Twelve per cent simple per annum on the contributions in the sum of $35,679.43 from date of judgment until paid. |

DATED this 5 day of Dec, 2018.

*/s/ Marco Hernandez*
Marco Hernandez
U.S. District Court Judge

Presented this 8th day of November, 2018

/s/ Linda J. Larkin
LINDA J. LARKIN, OSB No. 792954
Of Attorneys for Plaintiffs